1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  SUSAN KNIGHT (CABN 209013)
   Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, CA 95113
       Telephone: (408) 535-5061
7      Fax: (408) 535-5066
       E-Mail: Susan.Knight@usdoj.gov
8
   Attorneys for United States of America
9

FILED

APR 24 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                              SAN JOSE DIVISION

13  UNITED STATES OF AMERICA,           )   No. CR 05-00354 RMW
                                        )
14        Plaintiff,                    )
                                        )   NOTICE OF DISMISSAL
15     v.                               )   & ORDER
                                        )
16  JOSE LEOPOLDO BELTRAN,              )
       a/k/a LEO OCHOA;                 )
17     a/k/a ARMANDO LEON SICAIROS,     )
                                        )
18        Defendant.                    )
                                        )
19

20    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

21  United States Attorney for the Northern District of California dismisses the above indictment

22  without prejudice and moves that the Court quash the arrest warrant issued in connection with

23  the indictment in this case. The government recently learned that the defendant passed away on

    February 3, 2010.
24
    DATED:                                  Respectfully submitted,
25
                                            MELINDA HAAG
26                                          United States Attorney

27
                                            SUSAN KNIGHT
28                                          Assistant United States Attorney

    NOTICE OF DISMISSAL

Leave is granted to the government to dismiss the indictment. It is further ordered that the arrest warrant issued in connection with the Indictment is quashed.

IT IS SO ORDERED.

Date: 4/18/2013

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge